# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FISHER,<br><br>   Plaintiff,<br><br> v.<br><br>OSMOSE UTILITIES SERVICES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive,<br><br>   Defendants. | Case No. 1:18-cv-01392-LJO-EPG<br><br>**ORDER CONTINUING DISCOVERY AND TRIAL-RELATED DATES**<br><br>(ECF No.16) |

Having reviewed the stipulation to modify the scheduling order (ECF No. 16), in which the parties explain that they have scheduled this case for mediation on the mediator's first available date of March 26, 2020, and finding good cause exists, the Court GRANTS the parties' request to continue the deadlines set forth in the Court's Scheduling Order.

IT IS ORDERED that the Scheduling Order (ECF No. 11), is modified as follows:

| **Event** | **Original Deadline** | **Revised Deadline** |
|---|---|---|
| Nonexpert Discovery Cutoff | November 15, 2019 | June 26, 2020 |
| Expert Disclosure | December 20, 2019 | July 27, 2020 |
| Rebuttal Expert Disclosure | January 21, 2020 | August 27, 2020 |
| Expert Discovery Cutoff | February 20, 2020 | September 25, 2020 |

| Dispositive Motion Filing Deadline | April 16, 2020 | October 20, 2020 |
| Pretrial Conference | August 11, 2020 | December 9, 2020 at 8:15 a.m. |
| Jury Trial | October 20, 2020 | February 9, 2021, at 8:30 a.m. |

IT IS SO ORDERED.

Dated: __**November 6, 2019**__     /s/ *Eric P. Gross*
_____
UNITED STATES MAGISTRATE JUDGE