# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **TODD FISHER,** | **OLD CASE NO 1:18-cv-01704-DAD-SKO** |
| | **NEW CASE NO 1:18-cv-01704-LJO-EPG** |
| **Plaintiff,** | |
| | **ORDER RELATING AND REASSIGNING** |
| v. | **CASES** |
| **OSMOSE UTILITIES SERVICES, Inc.,** | |
| **Defendant.** | |

Review of the above-captioned action reveals that it is related under this Court's Local Rule 123 to the action entitled *Todd Fisher v. Osmose Utilities Services, Inc.*, Case No. 1:18-cv-01392-LJO-EPG.  The actions involve the same or similar parties, properties, claims, events and/or questions of fact or law.  Accordingly, assignment of the actions to the same district judge and magistrate judge will promote convenience, efficiency and economy for the Court and parties.  An order relating cases under this Court's Local Rule 123 merely assigns them to the same district judge and magistrate judge, and no consolidation of cases is effected.

On the basis of good cause, this Court ORDERS that the above-captioned action is reassigned to U.S. District Judge Lawrence J. O'Neill and U.S. Magistrate Judge Erica P. Grosjean, with new **CASE NO. 1:18-cv-01704 LJO-EPG**.  All documents shall bear the new **CASE NO. 1:18-cv-01704 LJO-EPG**.

**IT IS SO ORDERED.**

    Dated:   **January 9, 2019**            /s/ Lawrence J. O'Neill
                                                **UNITED STATES CHIEF DISTRICT JUDGE**