# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TODD FISHER,<br><br>    Plaintiff,<br><br>    v.<br><br>OSMOSE UTILITIES SERVICES, INC.,<br><br>    Defendant. | Case No. 1:18-cv-01392-NONE-EPG<br><br>ORDER RE: STIPULATED REQUEST FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE<br><br>(ECF No. 21) |

Plaintiff, Todd Fisher, and Defendant, Osmose Utilities Services, Inc., have filed a stipulation to dismiss the entire action with prejudice (ECF No. 21). In light of the stipulation, the case has ended and is dismissed with prejudice. *See* Fed. R. Civ. P. 41(a)(1)(A); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   **April 8, 2020**       /s/ *Erica P. Grosjean*
                                                          UNITED STATES MAGISTRATE JUDGE